**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RICHARD A. TARVIN, individually and on behalf of all others similarly situated,<br><br>  Plaintiff(s),<br><br>vs.<br><br>THE J.G. WENTWORTH COMPANY, et al.,<br><br>  Defendant(s). | )<br>)<br>)<br>)<br>)  Case No. 4:19-cv-02860-SRC<br>)<br>)<br>)<br>)<br>)<br>) |

**Judgment of Dismissal**

In accordance with the Memorandum and Order issued on this date,

**IT IS HEREBY ORDERED** that [10] Defendants' Motion to Dismiss is **GRANTED**.

This case is **DISMISSED** with prejudice.

So Ordered this 29th day of June, 2020.

_____
**STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE**